344 A.2d 464

**COMMONWEALTH of Pennsylvania**

v.

**James A. LOVELY, Appellant.**

Supreme Court of Pennsylvania.

Argued June 23, 1975.

Decided Oct. 3, 1975.

John R. Merrick, Public Defender, Lee E. Morrison, Kevin J. Ryan, West Chester, for appellant.

William H. Lamb, Dist. Atty., F. Ned Hand, Timothy H. Knauer, Asst. Dist. Attys., Vincent M. Dadamo, Asst. Dist. Atty., West Chester, for appellee.

Before, JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Order affirmed.